

# NUMBER 13-19-00254-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN RE HIDALGO COUNTY CRIMINAL DISTRICT ATTORNEY RICARDO RODRIGUEZ JR. AND JUAN VILLESCAS

---

## On Petition for Writ of Mandamus.

---

## ORDER

### Before Chief Justice Contreras and Justices Longoria and Perkes Per Curiam Order

Relators Hidalgo County Criminal District Attorney Ricardo Rodriguez Jr. and Juan Villescas filed a petition for writ of mandamus in the above cause on May 31, 2019. Through this original proceeding, relators seek to compel the trial court to strike a petition in intervention filed by the real party in interest, Mark Cantu, in a Rule 202 proceeding regarding pre-suit discovery. *See* TEX. R. CIV. P. 202 (governing depositions taken before an anticipated suit or to investigate a potential claim or suit).

The Court requests that the real party in interest, Mark Cantu, or any others whose interest would be directly affected by the relief sought, file a response to the petition for

writ of mandamus on or before the expiration of ten days from the date of this order.  *See*

TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
3rd day of June, 2019.